UNITED STATES DISTRICT COURT
For The
DISTRICT COURT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2021 OCT 18 PM 1:06

U.S. DISTRICT COURT
DISTRICT OF MASS.

Gerald Jones, Pro Se,
    Plaintiff,

Docket No. _____

-VS-

Judge Timothy S. Hillman;
Judge Sidney Hanlon;
Judge Janet Keaton-Walker;
Judge Daniel Wren;
Clerk Magistrate, David Hennessey;
Attorney Joseph F. Hennessey;
Clerk Maura Doyle;
Anthoney Bennedetti, (CPCS);
Nancy O'Leary (CPCS);
Mathew Gilberson, (CPCS);
Nathanial Goldstien,(CPCS);
Beverly Charajarian,(CPCS);
Brianna Rowley,(CPCS);
Jacqueline M.B. Dutton (CPCS);
Katherine Ismeurt, (CPCS);
Gregory White, Esquire;
Donald A. Brisson, Esquire,
Peter M. Murphy,Esquire,
Lisa Casella (ADA);
Fernado Figuroa,(ADA);
Donna-Marie Horan,(ADA);
Joseph D. Hurley, District Attorney;
Christine P. Deshler, Assistan Bar Counsel,
Ellen M. Meagher Assstant Bar Counsel,
Sheriff Andrew Evangellidas,
Doctor David Andrews,
David Tuttle, Superintendent,
P.Wallace, Correctional Officer;
Edward J. Dolan, Commissioner of Probation;
Jean M. Curtin, Chief Probation Officer;
Dominic Cirrilo, (CSI) Detective;
Kevin Mack, (CSI) Detective;
Clerk Magistarte, dennis P. Mcmanus;
Chief Justice ,Paula M. Carey;
Howard Neff III. Executive Dir.Comm. Judicial Conduct;
Gregory Wenger, Bar Overseers;
Dorothy Anderson, Office of the Bar Counsel;
Van Slyke, Correctional Officer;
Kevin Barrett, Correction Officer;
Lieutenant Courtney, Correction Officer,
Alexander M. Maracallo, Police Officer,
Judge, Ariane D. Vuono;
Steven Seargent, Police Chief;
Ellen H. Lazar, (ADA);
Doctor Jude Atem;
Jane Doe Nurse #1
Jane Doe Nurse #2
Jane Doe, a.k.a Nurse Loftus;
    Defendants,

COMPLAINT:

JURISDICTION:

(42 USCS 1985(3) KLU KLUX KLAN ACT)
(28 USCS 1346 (2012) TORT CLAIM ACT)
(MTCA) G.L.c 258,2,NEGLIGENCE)
(CIVIL RIGHTS ACT G.L.C. 12  11H & 11I)
(GEORGE FLOYD JUSTICE IN POLICING ACT)

FACTS:

1. On July 16, 2020 Defendants Kevin Mack and Dominic Cirillo brutally assaulted the Plaintiff on Austin street between Merrick and Winslow Street. Where they kicked him in his testicles stomped on his hand, kicked and punched him and handcuffed him and forced him to lay on the ground while Defendant Jose Pimental repeatedly yelled "kick that nigger's ass he broke into my bar. Defendant's Mack and Cirillo repeatedly called him a "nigger piece of shit who made a good cop lose his job" before releasing him saying they thought  he looked like the guy who robbed Defendant Jose Pimental a.k.a (Frankilin's) bar.

2. On July 16, 2020 approximately  7:30 am and (15) minutes after being assaulted and released by Defendants Mack and Cirillo he was arrested by Defendant Alexander M. Marcallo and told he being arrested for breaking into his friends bar on chandler street.

3. The Plaintiff was braught to the police station and then rushed to Memorial hospital for emergency surgery on his hand and injury to his testicles. On or about his second day in the hospital Defendant Cirillo came into his room alone at approximately 9:00 am and threaten to "kill" him if he keeps telling his Sergeant that he assaulted him the pointed his gun at his

head and told he'd better 'watch his back'.

4. While treated and confined feet and legs chained to his hospi-bed with two John Doe and Jane Doe police and correctional of-ficers two feet next to his bed 24/7 torturing,assaulting,ver-bally abusing,sexually assaulting and racially traumatizing the Plaintiff. Including but not limitted to Defendants corr-ectional officers Van Slyke and Kevin Barret repeated ly call-him a "piece of shit nigger", telling the doctors to stop tre-ating him and wasting their tax dollars so they could put him in jail where he belongs. They repeatedly refused to give him his urinal forcing him to urinate on himself several times wh-ile they laughed and high five eachother, then wrote false po-lice reports and disciplinary reports for indecent exposure. The Plaintiff wrote several complaints at the hospital concer-ning the constant abuse and torture by the Defendants he endoRed for two weeks and denied a phone call to his familly under the supervision of Defendants Lieutenant Courtney; Superintendent Davis Tuttle;Sheriff Andrew Evangelidas and Steven Seargent .

5. The Plaintiff was held in isolation on a filthy cell floor na-ked, sexually assaulted, denied a phone call to his familly, repeatedly called a nigger "piece of shit", "who made a good cop lose his job and pention". He was repeated racially traum-atized and made to sit in a four-point-restraint chair naked with pepper spray on the seat that burnned his testicles and thighs while they laughed and joked about his pain and humill-ation. The Plaintiff made repeated complaints/grievances with Special Services;Mental Health and Defendants Tuttle and Evan-gelidas which are were ignored even. Which occured between his discharge from the hospital and being bailed July 28, 2020 and August 17, 2020.

6. Defenants Katherine Ismeurt and Jacqueline M.B. Dutton repeatedly baggered the Plaintiff to plead guilty because they said the police and district at-toneys didn't like him and no lawyers wanted to represent him because he sued former Chief Counsel of Committee for Public Counsel **William Leahy, Richard Doyle, Marcy Levington, Joseph Mahoney and att-orney Theodore Gougen** for "Legal Malpractice and "Abandoment of Counsel". They refused to file a Motion For Medical release and had Defenant Dan a.k.a Social Workers Steve and John Quist lis-in on our "attorney client privillege speaker phone conversat-ions arranged by them. And send them thausands of pages of my medical records forcing him to file grievances to get them back she then withdrew from representing Plaintiff without notice.

7. Defendant Gregory White began representing the Plaintiff and repeatedly baggered him to plead guilty and refuse to file for a "Emergency Medical Release" then "Abandoned" and withdrew without notice to the Plaintiff.

8. Defendant Joseph F. Hennessey began representing Plaintiff and repeatedly baggered him to pleade guilty or obtaing discovery from the police Defendants becaus ehe knew them and didn't w to get them in truoble for assaulting Plainting. He relucting-file for an 'Emergency medical Release" but lie in his Motion

(4)

about having a bed for him in the Dismas House when judge James Reardon Jr. asked him for proof he couldn't produce anything and was about to continue Plaintiff's case until Plaintiff ask the judge to have his clerk call "Passages". Who succeeded in getting him a bed there and Judge Reardon released him with condition of GPS Monitorinng and getting medical treatment and completing the "Passages" program. Where upon he was released on February 5,2021 and enetered "Passages" on February 8,2021. Where they had docto rs prescribe him Klonapin Vailuem, Oxycotin and Engreeza sending him to appointments with Neurologist and Ear, Nose and Throat D- octors. Before he completed their (14) days program on February 22, 2021. Defendant Joseph F. Hennessey called the Asssiatnt Dir -ector of Passages to inform her he was withdrawing from Plaint- iff's case and to have him call Defendants Probation. Who refuse to respond to her enumerouse emails and messages left by her and the Plaintiff. Wherefore she arranged a 'video' "ZOOM" conferen- with the court and Judges James Reardon Jr. and David P. Despoto- pulos who both contued his cases until June 15, 2021 without any objections from Defendants Joseph F. Hennessey, Edward J. Dolan, Commission of Probation, Jean M. Curtin,Chief Probation officer, Lisa Casella (ADA),Fernando Figuroa, (ADA) or Donna-Marie Horan (ADA) or District Attorney Joseph D. Hurley evident by the **"CLEAR AND CONVIENCING"** docket entry and **"GPS" "Bracelet"** he wore.

9. Plaintiff gradulated from "Passages" on February 22, 2021 with his **"CERTIFICATE"** and did not go to their graduate programs do to the medications he was on and the numerous medical appoint- ments he was scheduled for:**(A)** Once at UMASS Pschiatrict inpa- tient Hospital-**(B)** Twice at KHILL-4 Pschiatric Hospital in Cambridge where he dislodged his GPS monitor that malfunction- leaving him with a permanent burn scar on his ankle after Def- endants Probation refuse to return numerous phone calls from Plaintiff and Doctor Hunter-**(C)** Once at Solomon Culler Fuller Pchiatric Inpatient Hospital-**(D)** Once at the Carlos Medarose Inpatient Hospital-**(E)** Four times at Saint Vincent's Emergency Room in Worcester-**(F)** Thrice at Gental Dental and paid for his dentures which h*£*s not been able to obtain.-**(G)** Thrice at Gen- tle Dental School of Medicine-**(H)** Seven times at Saint Francis Walk-in Clinic-**(I)** Twice at South Shore  Phchriatric Hospital- **(J)** Once at Mount Auborn Hospital-**(k)** Thrice at Cambidge Hosp- Emergency Room-**(L)** Once at Boston City Hospital Emergency Room -**(M)** Secured temporay Housing with Cambridge Housing at 11 Green Steet Shelter in Cambridge Massachusetts.-**(N)** Secured an appointment with Doctor Chang at Tufts Dental School of Medic- ine for surgery on his jaw for April 27, 2021 at 2pm.

10. On April 27, 2021 Plaintiff was arrested and arrained in Worcester Superior Court where he was "AMBUSHED" by Defendants Joseph F. Hennessey , Lisa Casella and Judge Daniel Wrenn revoked his bail and two persoinal based on "FALSE" and 'Perjurous" claims; "Plaintiff never enetered the Passages Program or completed" and "his where-abouts was unknown" and " that he violated curfew restrictions". And Defendant Hennessey was allowed to withdraw over Palintiff's emphatic objection even though he submitted a template affiadvit with out any articulatable facts as to the FALSE CLAIM of a "irrievable breakdown in the attoroney client relationship". Defenant Wrenn illegally forfieted Palintiff's bail and right to counsel without a hearing as gauranteed by the Supreme Court of Massachusetts in Commonwealth v. Gibson and Commonwealth V. Means. Prior to the hearing Defendant Hennessey told Plaintiff that he was a "nigger piece of shit" and that "he better watch his back". The Defendants had the Plaintiff condemd back to the custody of Defendants Sheriff Andrew Evangellidas, David Tuttle Superintendent and Doctor David Andrews where they knew he would not recieve the most neccessry medical treatment he so desperately needed and the reason Judge Reardon granted his Motion for Emergency Release from their custody.

11. The Plaintiff filed a 211,3 Bail Petition that was denied by Defendant Sydney Hanlon's personal RACIST diatribe and PERJEROUS statements: Mr. Jones doesn't deserve appointed counsel because APPARENTLY he's sued most of the lawyers available in the Worcester Public Defendners office and Bar Advocate program and the task of Defendants Clerks Dennis P. McManus has been a daughting one"; and that "he doesn't deserve me-dical treatment since he didn't get it for the two months he was in the community". Defendants Joseph D. Early and Donna Marie Haran argued the same and included that the Palintiff: "Failed to provide any reliable evidence that he had a TMJ lock jaw specialisy appointment with doctor Chang at Tufts Dental and that his whereabouts were unknown for two months".

12. The Palintiff filed a timely Motion for "Further Appellate Review and Appointments of Counsel and Addendums and ajoining Motions with the Appellate Court that were all repressed by Defendant Steven J Cronin who told Deefendant Nancy O'Leary that he wasn't going to have them heard resulting in Defendant Vuono illegally refusing to heare Palintiff's Timely second Petition as moot".

13. Defendant John J. ~~Bentton~~ Haran was appointed to represent Plaintiff but Defendant Joseph F. Hennessey appeared on his behalf to tell the judge that Defendant ~~Bentton~~ Haran didn't want to represent the Plaintiff.

14. Defendant Donald A. Brisson was appointed to represent Plaintiff and withdrew also refusing to file for a bail review or obtain his records from Passages and the afforementioned hospitals and Treatment Centers.

15. The Palintiff filed a timely Complaint in U.S. District Court against Defendants Sheriff Andrew Evangellidas, Doctor David Andrews and Superintendent Tutle for "deliberate indifference to his serious medical needs for refusing to treat his TMJ lock Jaw, Dystonia, Bipolar, PTSD, PTSS, Anxiety, Depression, agonizing paine and drastic wieght loss, and the inabillity to talk or eat properly and lack of dentures. He also filked for appointment of Counsel withsaid complaint docket in early November 2020. Which was assigned to Defendant judge Timothy S. Hillman with Defendant Davis Hennessey and denied (19) months latter August 2021 without applying civil procedures or applical laws stating:**"No evidence to support claim for emergency medical relief or appointment of counsel"**. Without any opposition from Defendants who were never served the Summons or Complaint because Defendant Sheriff Andrew Evangelidas and Superintendent David Tutle had Defendants Jane Doe and John Doe Mail Room clerks intercept them in November when Palintiff tried repeatedly to send them by certified mail to the United States Marshal who wrote Plaintiff in July 2021 saying they never recieved them. Defendant David Hennessey ~~and~~ ignored and repeatedly refused to enter default or schedule a hearing to address the issue of the Defendants stealing said Summons and Complaints.

16. On or about June 17, 2021 Judge Frenier denied Defendant Lisa Casella's request for a July 14, 2021 continuance for the clerk's office tofind him a lawyer outside of Worcester to represent Palintiff. By stating that she had NO confidence in the Clerks office finding Plaintiff a lawyer by July 14, 2021 and ORDERED the Commonwealth to return the Palintiff back before her on June 21, 2021. And in FLGRANT defiance of Judge Friener's ORDER Defendant Lisa Casellas usurped said ORDER and had the Plaintiff braught back to court on July 14, 2021 like she originally requested and got denied. Also Defendant Jaqueline M.B. Dutton who represented Plaintiff before judge Friener on June 17, 2021 by passing notes back and forth because the Palintiff couldn't talk, had promised to the judge Friener that she wouldn't be able to appear on June 21st. but that she would be sure to have someone from her office to help facillitate getting Plaintiff a lawyer. However she lied. Nor did she have someone from her office

17. to help Plaintiff on July 14, 2021 where Defendant Wrenn laughed at Plaintiff's complaints to Defendant Howard Neff III. Executive Director of the Commission On Judicial Conduct and refused to recuse himself then denied Plaintiff's written request for Appointment of Counsel while Defendant Lisa Cassela laughed when he refused to reinstate bail.

18. Plaintiff was the brought before Defenant Janet Keaton-Walker three times and denied reinstating Plaintiff's bail or Apoin-Counsel. He then appeared before her with Defenant Peter M. Murphy an avowed RACIST who refused to argue reinstating his Personal Recognizances or get records to show he didn't not violate his Conditional- Release. He visitted Plaintiff two times and showed him a stick figer with a Hang-Man and laughed saying his son drew it. he refused to apply for MASS-BAIL and appeared in court drunk reeking of alcohol on September 16, 2021 and Defenant Keaton-Walker refused to make him withdraw or reinstate Palintiff's Personal Recognizances based on Prosecutorial "PERJURY";"ABUSE AND ASSAULT AT THE JAIL":DELIBERATE INDIFFERENC TO HIS DETERIATING MEDICAL CONDITION. She is an avowed RACIST who in the past denied Plaintiff's Motion For Discovery in a Legal Malpractice against attorneys Joseph Mahoney and Theodore Groguen staing: "Mr. Jones just to complain" using the crying to letting the Wolrld know she has no respect for Plaintiffs right to petition the Court to redress his grievances or obtain relief.

19. Defendant Timothy S. Hillman is also an avowed RACIST who in the past illegally Dismissed Palintiff's "Timely" Complaint against theBoston Police for **Racial Discrimination** and ignore his Sworn duty to report the police officer who in their attached police reports stated they took "Crack Cocain" from Black suspects and gave them to white suspects when they released them and arrested the Black suspects. he Dismissed said Complaint illegally based on it being file **EXACTLY** (365) Days within the Satute. See Attached Jone V. Boston Police.

20. The Plaintiff suffering from the Defendants is contributed in part by the Department of Justice convicting a Worcester police officer of assaulting him while handcuffed in a cell. And the City settling out of court with a large cash settlement in 2016.

21. All the Palintiff's valaint efforts to seek redress with a writ of Habeas Corpus or Further Appellate Review has been notoriously intercepted and repressed by Defendants.

The Defendants Appellate Court Clerks continue to supress and repress Plaintiff's "Access To The Courts" by refusing to process his Timely 3rd. 211,3 Bail Petion dockected August 13, 2021 and the only reason he knows it was docketed was by the Inmate Lawyer John Goggin giving a copy of the docket sheet.**Number:SJ2021-0183**

22. Defendants Assistants bar Counselors Ellen M. Meagher and Christine P. Deshler and Gregor Wenger Bar Overseers and Defendant Howard Neff III. Executive Director Director of Commission on Judicial Conduct have illegal refuse to except complaints or investigate the flagrant violations of the Cannon Codes of Conduct and the Judcial Codes of Ethics filed by the Plaintiff against their Sister and Brother Defendants lawyers and judges.

23. The Palintiff's has been made to suffer without any assistance with the exception of the Noble and valiant efforts of the ZEALOUS advocay of Paralegals **Sorika Ram, Zaneta Sulley and Kate Piper of the Massachusetts Prisoners Legal Assistance Project** in pursuing his medical records and repeatedly appealing to the Defendants to take Plaintiff for surgery with Doctor Chang, give his prescribed medications and dentures he paid for prior to being illegally deprived of his Liberty.

24. Plaintiff is a (55) year old Black Aboriginal American and Disabled Protected Class Citizen without resources to pay the **EXCESSIVE** cash bail of $3500--set by Defendant Janet Keaton Walker on July 26, 2021 instead of reinstating his two Personal Recognizances illegaly revoked!!!

### RELIEF/DECLARATION:

A. Declare that a Reasonable Prudent Jury/Jurist could find that the Defendants conduct violates the **Klu Klux Klan Act of 1985(3)** and numerous firmly established State and Federal Tort and Constitutional violations including the **Bail Reform Act** and the Discriminatory Application of Impartial Laws See **Doe V. Herman, May 17, 2021, Case No. 3:20-cv-00947.** Where another "Make America Great Again (Again) Judge Aleta A. Trauger approved the DIABOLICAL TORTURE of Four Grade Autistic Black Baby with the INFAMOUS "WILLIE LYNCH LETTERS" **for Black History Month!!!!** And the release of a Dangerous DOMESTIC TERRORIST See **UNITED STATES OF AMERICA V. FEDERICO KLEIN**, also known as "Freddie Klein", april 12, 2021, Case No. 2021 U.S. Dist. LEXIS 69951 A former employee of the U.S. State Department under the Trump Administration had a "Top Secret" Security crearance role, charged with (3) felony and (5) misdomeanor Indictments result from his "Terrorist" acttack on Congress January 6, 2021 was released on his own Personal Recognizances because he ha dstrong ties in the community and no record

when him and the Lunatic frenzy of "Stop The Steal" should have been charge with the **FIVE MURDERS** : "**The Law allows for (ANYONE) involved in a felony to be charged with murder if death occurs during the course of the felony, whether or not the death was intendent**"!!! Ted Sampson-Jones Professor, Mitchell Hamline School of Law St. Paul. President Joe Biden's COVID19 HATE CRIME ACT:"I believe with every fiber of my being that there are simple core values and beliefs that should bring us together as Americans",.....,"and one of them is standing against hate"... ..."Hate hides in plain sight and to often is met with silence, everytime we let hate flourish you make a lier out of who we are as a nation":(**END TO THE UGLY POISON OF HATE**). "The Bill prioritizes more money for a brocken system that has long upheld and protected White Supremacy and Discrimination" **Congresswoman Ayanna Pressley (D) Mass.** ("dangerously adverse to the Rights of the People'!!!) Justice Sonia Sotomayor.

A reasonable prudent Jurist/Jury could join **Chief Justice John Roberts** denauncement: "Massachusetts is more racist that Missippi and former Chief Justice Roderick Ireland:"first there's driving while Black, now there's walking while Black, what next breathing while Black". To which the appointment of the First U.S. District Black Woman to the Masachusetts U.S. Court of Appeals is highly comendamble, along with the appointments of **Judge Ketanji Brow-Jackson D.C. App.Ct.;Candace Jackson-Akiwumi U.S. Court App. Ct Chicago; and Kristen Clark** confirmation to chief of the Justice Department Civil Rights Division the first Black Woman to the much needed high profile role.

A reasonable prudent Jurist/jury could find the Defendants guilty of High Crimes and Misdomeaners. Including Impeachment Trial Committee on the Article Against Judge Timothy S. Hilman. Thus, "Supreme Court cases that granted to all defendants what are now basic Procedural Rights originated from the **MISTREATMENT** of People of Color"!: <u>Miranda V. Arizona-Gideon V. Wainright-Powell V.-Alabama-Brown V. Missippi. See Also Klarman; The Racial Origins of Modern Criminal Procedures, 99 Mich. L. Rev. 48,48 (2000)("The linkage between the birth of Modern Criminal Procedure and Southern Blacks is no fortuity");Kahan & Meares, Foreword: The Coming Crisis of Criminal Procedure,86 Geo. L.J. 1153,1153(1998)("The need that gave birth to the existing Criminal procedure Regime was Institutionalized Racism");Pye The Warren Court and Criminal Procedure,67 Mic. L.Rev. 259,256 (1968)("the court's concern with Criminal Procedure can be understood only in the content of the struggle for Civil rights")</u>. These cases cited reflects the - Supreme Court's admirable contribution to eradicating incidence of American Apartheid.

Similarly, it is anxiomatic..."the criminal defendant's right to Equal Protection of the laws has been denied when he is indicted by a grand jury from which members of a racial group purposet they have been excluded. Similar to the reason why President joe Biden has implimented a Bipartisan Commission to change the nation's highest Court, where Conservatives have 6-3 advantage.

25. Declare in part that a **WRIT OF HABEAS CORPUS** is in the very BEST interest of Humanity. Due to the Defendants Total disregard for the Fundamental LIBERTY RIGHTS. See **Younger V. Harris, 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d.669 (1971)** Federal Courts entervenention in ongoing State Criminal Prosecutions is warranted; ("**When the moving Party has NO adequate remedy at law and suffers "erreparable injury", if denied equitable relief**"). As such, Federal Court's intervenis justified only in extraordinary circumstances involving "bad faith" or harassment or flagrant violations of expressed Constitutional Prohibitions". The Due process Clause of the Fourteenth Amendment State:"No State SHALL Deprive "ANY" Person of "Life, Liberty or Property" without Due Process of Law. **DEFINED BY THE SUPREME COURT AS BOTH PROCEEDURAL DUE PROCESS AND SUBSTANTIAL DUE PROCESS. U.S. Constitutional Amendment XIV Section 1.**

### DEMAND:

A. Trial by jury free of all white disgruntal Republican Insurrectionist

B. Covene a Investigatory Judicial Commission of Black Professioal and non-Black conscientious laymen and women to investigate and erraticate the **"Clear and Present Dangerous"** ALL White monopoly of the Massachusetts Judiciary and State Bar and their associate entities.

C. Appoint "Conflict" FREE Counsel.

D. Compensatory and Punitave damages of **Fifty Million Dollars.**

Respectfully submitted,

*/s/ Gerald Jones*

Gerald Jones
October 13, 2021

CC:

Racquel V. McGee, Attorney/Activist, Atlanta Ga.
Stephen giles, New York University Law Professor, and author Judicial Ethics Casebook
BenJohnson, Law Professor of Pennsylvannia State University, who published research on Recusal Failures Among District Judges United States Judicial Ethics
Barbra A. Arwine, Attorney/President and Founder of Transformativ Justice Coilition
Doctor Wilber leon, author and Syndicated Columnist
D. Wendy Green, Professor at Drexler University's Thomas Kline School of Law and Legal Expert On Administaration in Law
Davis Johns, Executive Director of the National "Black Justice Coilition"
Heidi Beirich, Chief Stategy Officer of the Global (Project Against Hate and Extremist)
Meme Styles, Founder and President of the Nonprofit Measure
Rene Mitchell, Cofounder of the American Society of Evidence Based Policing
Marie Harberfeld, Professor of Police Science at John Jay College of Criminal Justice
Leslie Davis, CEO of the National Association of Minority and Women Owned Law Firms
Nikke Jones, University of Berkeley, Professor of African Studies
Chad Williams, Chairman of the African American Studies Department at Brandeis University
Kimberly S. Jackson, Georgia State Senator
Daphane Eviator, Director of Security with Human Rights Amenesty International USA
Hina Shamsil, Director of the National Security Project
Doctor Afiya, Director of the National Black Leadership
Keri Ballingers, Journalist
Heather Ann thomas, TIME Magazine
Saudi Durant, Abolitionist Law Center Philadelphia
Aileen Rivers, Opinion Proof Editor, USA TODAY
Doctor Julianne Malueaux, Cal. State LA' New College of Ethics
Nisa Muhammad, Nation of Islam Staff Writer,
Suzette Hackney, National Colomnist USA TODAY
Joyce Beaty, Chairwoman Congressional Black Caucus
Kristen Clark, Chief of the Deaprtment of Justice Civil Rights Division
Sarika Ram, Zaneta Sulley and Kate Piper, Massachusetts Prisoner Legal Services
The Billy Holliday ("Strange Fruit") The Klux Klan Death Penalty Enforcement Petition@MOVEON.COM and GERALD JONES  FACEBOOK, TWITTER, INSTERGRAM