Gerald Jones
S. Paul X Tinnan Drive
West Bolyston, Ma. 01583

Judge Allison D. Burroughs
US District Court
1 Courthouse Way
Boston, Ma. 02210

Re: Denial of Access To The Court,
Jones V. Evangelidas, et al,
Docket No. 4:20-cv-40153-TSH,
(Stone V. Worcester Cnty. Sherriff
Office)

Dear your Honor:

I appreciate your Just decision in
Stone V. Worcester Cnty. Sheriff's
Office No. 18-cv-10011-ADB-03-26-2019.
However, My case Mirrors yours with
the exact same issue of being denied
Klonopin, valium and oxycotin for My
Mental health and Chronic Lock Jaw,
I attached your with "Stone" to My
Motion for Emergency Medical
Release and Appointment of

Counsel with Judge Hillman since 12-7-20 repeatedly with no response. Please see my attached docket sheet.

As well as my pending state case for which I was granted a "Emergency Medical Release by Superior Court Judge James Reardon which was illegally revoked on April 27, 2021 Please see attached "Petition For further Appellate Review and Appointment of Counsel".

I would Tremendously appreciate Your Response.

Respectfully Yours

7-12-2021